UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DEAN SCHULER, </br></br> Plaintiff, </br></br> v. </br></br> ACKERMAN OIL COMPANY, INC., </br></br> Defendant. | ) </br> ) </br> ) </br> ) CASE NO. 3:11-CV-151-RLY-WGH </br> ) </br> ) </br> ) </br> ) </br> ) |

## ORDER OF DISMISSAL

Plaintiff, Dean Schuler, and Defendant, Ackerman Oil Company, Inc., by its respective counsel, having heretofore filed their Stipulation of Dismissal and the Court having considered the same, now finds that it shall be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that this matter is hereby dismissed, with prejudice, and with each party to bear their own costs and attorneys' fees.

Date:___08/06/2012_____

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to:

Andrew W. Gruber
BINGHAM GREENEBAUM DOLL LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204-4900

Kyle F. Biesecker
Lauren E. Berger
BIESECKER DUTKANYCH & MACER LLP
411 Main Street
Evansville, IN  47706-0916